THE STATE, EX REL. HADLOCK, APPELLANT, *v.* CORRIGAN, JUDGE, APPELLEE.

[Cite as *State, ex rel. Hadlock, v. Corrigan*
(1991), 62 Ohio St.3d 202.]

(No. 91–1273—Submitted September 17, 1991—Decided December 11, 1991.)

*Wes Hadlock, pro se.*

*Stephanie Tubbs Jones,* Prosecuting Attorney, and *Laurence R. Snyder,* for appellee.

*Per Curiam.* We affirm the judgment of the court of appeals. None of appellant's claims challenges the sentencing court's jurisdiction; therefore, appeal and post-conviction relief are adequate remedies at law.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.